■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BUSH, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about March 1, 2006, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Sullivan, Buckley and Malone, JJ.